# First District Court of Appeal
## State of Florida

————————————————

No. 1D2024-2122

————————————————

FORD MOTOR COMPANY,

  Appellant,

  v.

HAIYANG QIU,

  Appellee.

————————————————

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

October 24, 2024

PER CURIAM.

  The Court dismisses this appeal for lack of jurisdiction.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Alina Alonso Rodriguez and Daniel A. Rock of Bowman and Brooke LLP, Coral Gables, for Appellant.

Patrick S. Cousins of Cousins Law, APA, West Palm Beach, for Appellee.